STATE OF NEW JERSEY v. JOHN R. MELVIN.

October 14, 1975. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES MIMS.

October 14, 1975. Petition for· certification granted.

STATE OF NEW JERSEY v. TROY POINTER.

October 14, 1975. Petition for certification denied. (See 135 *N. J. Super.* 472)

STATE OF NEW JERSEY IN THE INTEREST OF R. G. W.

October 14, 1975. Petition for certification granted. (See 135 *N. J. Super.* 125)

STATE OF NEW JERSEY v. FRANK SCHULTZ.

October 14, 1975. Petition for certification granted.

STATE OF NEW JERSEY v. FRANK SCHULTZ.

October 14, 1975. Cross-petition for certification granted.